# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **KENNETH MODIQUE**<br>**LA DOC # 338032** | * | **CIVIL ACTION NO. 18-CV-0787** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **DARREL VANNOY, WARDEN** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended therein is warranted

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, [Doc. No. 1], is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 31st day of January, 2019, in Monroe, Louisiana.

                                                                                                        **TERRY A. DOUGHTY**
                                                                                                         **UNITED STATES DISTRICT JUDGE**